United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO VILLEGAS AND HILDA VILLEGAS, Individually, as Statutory Beneficiaries of TOÑA LIZVET COLIN and BIANCA JANETH COLIN, Deceased, and as Personal Representatives of the ESTATES OF TOÑA LIZVET COLIN and BIANCA JANETH COLIN, Deceased | § § § § § § § § | CIVIL ACTION NO. B-06-159 (636(c)) |
| VS. | § § § | JURY DEMANDED |
| FORD MOTOR COMPANY | § | |

## PROTECTIVE ORDER

The Court grants Plaintiffs' Motion for Protective Order. The Court hereby extends Plaintiffs' deadline to respond to Defendant's First Sets of Interrogatories and Requests for Production until March 23, 2007.

ENTERED on March 12th, 2007, at Brownsville, Texas.

United States Magistrate Judge